CARL M. FALLER   SBN: 70788
Attorney at Law
Post Office Box 912
Fresno, CA 93714
559-226-1534

Attorney for Defendant Charles A. Hipps

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:07CR00300 OWW |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER EXCUSING DEFENDANT'S PRESENCE AT SENTENCING AND FOR IMMEDIATE TRANSFER |
| ) | |
| ) | |
| ) | |
| CHARLES A. HIPPS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

On December 3, 2007, defendant Charles A. Hipps entered a plea of guilty to the indictment in this matter. In open court, after advisement of his right to be present at sentencing, and with concurrence of his counsel, the defendant waived his right to be personally present at his sentencing, or at any further court proceedings that may occur in this matter. In addition, the defendant entered a similar waiver of his right to be interviewed by a representative of the United States Probation Office prior to the preparation of the presentence report.

///

PDF created with pdfFactory trial version www.pdffactory.com

Based on the above, and good cause appearing, it is hereby ORDERED that defendant Charles A Hipps be immediately transferred from the Fresno County Jail to a facility operated by the United States Bureau of Prisons, and that he not be returned to the Eastern District of California for any further proceedings in this matter without further order of this court.

DATED:  December 6, 2007

/s/ OLIVER W. WANGER
OLIVER W. WANGER
Senior United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com

PDF created with pdfFactory trial version www.pdffactory.com